■ THE PEOPLE OF THE STATE OF NEW YORK v. DAVID BROWN.— Motion for leave to prosecute appeal as a poor person denied and the appeal dismissed. An order denying motion for resentencing is not appealable. (*People* v. *Hacken*, 24 A D 2d 713 [1st Dept., 1965].) Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. CLARENCE DUGGER.— Motion for leave to prosecute appeal *pro se* granted. The time within which appellant shall perfect this appeal is hereby enlarged until 120 days from the date of the order entered herein (see Code Crim. Pro., § 535). Concur — Botein, P. J., Breitel, McNally, Steuer and Capozzoli, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. FRED McCRAY.— Motion for leave to prosecute appeal as a poor person denied, and the appeal dismissed. An order denying resentencing is not appealable. (*People* v. *Hacken*, 24 A D 2d 713 [1st Dept., 1965].) Concur — Botein, P. J., Breitel, McNally, Steuer and Capozzoli, JJ.

## (September 27, 1966)

■ In the Matter of EUGENE RODRIGUEZ, Petitioner, v. SUPREME COURT OF THE STATE OF NEW YORK, IN AND FOR THE FIRST JUDICIAL DISTRICT, COUNTY OF BRONX, et al., Respondents.— Cross motions of the Attorney-General of the State of New York to dismiss the petition and amended petition granted and the proceeding dismissed, without costs and without disbursements. The cross motions of the District Attorney, Bronx County, to dismiss the petition and amended petition and the motion of petitioner to dismiss the cross motion of the District Attorney, Bronx County, to dismiss the petition denied as academic. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.